IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SIDNEY JACKSON SAMPSON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THOMAS H. XAVIOS, et al. | : | NO. 04-04990-JF |

MEMORANDUM AND ORDER

Fullam, Sr. J.                                        March 15, 2007

The *pro se* plaintiff, Mr. Sampson, is suing Berks
County and two district justices, for alleged constitutional
violations and related torts in connection with plaintiff's
various prosecutions for bad-check charges.  Plaintiff alleges
that, at various times, he was arrested without a warrant, jailed
for failure to post bail, and prosecuted more than once for the
same offense.  (Although the facts are not entirely clear, it
appears likely that petitioner may have been prosecuted for bad
checks, and later re-prosecuted for failure to make the required
restitution – a separate offense under state law.)  I have
concluded that the defendants' motions to dismiss must be
granted.

Berks County cannot be held liable for the actions of
district justices, who are state officials.  No other basis for
imposing liability on the County is alleged or suggested by
plaintiff's pleadings.  The defendant district justices cannot be
held liable, because they are entitled to judicial immunity.

An Order follows.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SIDNEY JACKSON SAMPSON            :            CIVIL ACTION
                                  :
            v.                    :
                                  :
THOMAS H. XAVIOS, et al.          :            NO. 04-04990-JF

ORDER

_____AND NOW, this 15th day of March 2007, IT IS ORDERED:

        1.   The motion to dismiss filed by the defendant, the
County of Berks, is GRANTED.

        2.   The motion to dismiss filed by the individual
defendants is GRANTED.

        3.   Plaintiff's motion to deny defendant's motion to
dismiss (Dkt. No. 34) is DENIED.

        3.   This action is DISMISSED with prejudice.

        4.   The Clerk is directed to close the file.


                              BY THE COURT:


                              /s/ John P. Fullam_____
_____John P. Fullam, Sr. J.